```
 1  WILLARD K. TOM
    General Counsel
 2
    DAVID M. NEWMAN (Calif. Bar #54218)
 3  ERIC D. EDMONDSON
    Federal Trade Commission
 4  901 Market Street, Suite 570
    San Francisco, CA 94103
 5  P:  415-848-5100/F:  415-848-5184
    dnewman@ftc.gov; eedmondson@ftc.gov
 6
    RAYMOND E. MCKOWN (Calif. Bar #150975)
 7  Federal Trade Commission
    10877 Wilshire Boulevard, Suite 700
 8  Los Angeles, CA 90024
    P: (310) 824-4343 F: (310) 824-4380
 9  rmckown@ftc.gov

10  Attorneys for Plaintiff
    Federal Trade Commission
11
12                      UNITED STATES DISTRICT COURT
                        CENTRAL DISTRICT OF CALIFORNIA
13
    _____
14                                        )
    FEDERAL TRADE COMMISSION,             )
15                                        )
         Plaintiff,                       )
16                                        )
            v.                            ) SACV-8:09-01324-CMC (RNBx)
17                                        )
    COMMERCE PLANET, INC., *et al.*,      ) NOTICE OF MANUAL FILING
18                                        )
         Defendants.                      )
19  _____)

20

21  To all parties in the above-captioned matter:

22       PLEASE TAKE NOTICE that plaintiff Federal Trade Commission

23  caused the following documents to be manually lodged with the

24  Clerk of the Court on November 16, 2009:

25       Stipulation for Final Judgment and Order for Permanent
         Injunction and Settlement of Claims for Monetary Relief
26       against Defendant Commerce Planet, Inc.;

27       Stipulation for Final Judgment and Order for Permanent
         Injunction and Settlement of Claims for Monetary Relief
28       against Defendant Michael J. Hill;
```

NOTICE OF MANUAL FILING                                           Page 1

| | |
|---|---|
| 1 | Stipulation for Final Judgment and Order for Permanent Injunction and Settlement of Claims for Monetary Relief against Defendant Aaron Gravitz; |
| 2 | |
| 3 | [Proposed] Final Judgment and Order for Permanent Injunction and Settlement of Claims for Monetary Relief against Defendant Commerce Planet, Inc.; |
| 4 | |
| 5 | [Proposed] Final Judgment and Order for Permanent Injunction and Settlement of Claims for Monetary Relief against Defendant Michael J. Hill; and |
| 6 | |
| 7 | [Proposed] Final Judgment and Order for Permanent Injunction and Settlement of Claims for Monetary Relief against Defendant Aaron Gravitz. |
| 8 | |
| 9 | |
| 10 | Dated: November 17, 2009     Respectfully submitted, |
| 11 | WILLARD K. TOM<br>General Counsel |
| 12 | |
| 13 | /s/ |
| 14 | DAVID M. NEWMAN<br>ERIC D. EDMONDSON<br>Federal Trade Commission |
| 15 | 901 Market Street, Suite 570<br>San Francisco, CA 94103 |
| 16 | P: 415-848-5100/F: 415-848-5184<br>dnewman@ftc.gov;eedmondson@ftc.gov |
| 17 | |
| 18 | RAYMOND E. MCKOWN<br>Federal Trade Commission<br>10877 Wilshire Blvd., Suite 700 |
| 19 | Los Angeles, CA 90024<br>P: 310-824-4343/F: 310-824-4380 |
| 20 | rmckown@ftc.gov |
| 21 | Attorneys for Plaintiff<br>Federal Trade Commission |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this Notice of Manual Filing were served by Fedex overnight delivery on the following:

Claude C. Wild III, Esq.
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Attorney for Charles Gugliuzza

William I. Rothbard, Esq.
1217 Yale Street, Suite 104
Santa Monica, CA 90404
Attorney for Michael J. Hill and Aaron Gravitz

Douglas R. Roller, Esq.
Helfrey, Neiers & Jones
120 South Central Avenue, Suite 1500
Saint Louis, MO 63105
Attorney for Commerce Planet, Inc.

Dated: November 17, 2009      /s/
                              David M. Newman