1 WILLARD K. TOM
   General Counsel
2
   DAVID M. NEWMAN (Calif. Bar #54218)
3 ERIC D. EDMONDSON (D.C. Bar #450294)
   EVAN ROSE (Calif. Bar #253478)
4 KERRY O'BRIEN (Calif. Bar #149264)
   Federal Trade Commission
5 901 Market Street, Suite 570
   San Francisco, CA 94103
6 P: 415-848-5100; F: 415-848-5184
   dnewman@ftc.gov; eedmondson@ftc.gov
7 erose@ftc.gov; kobrien@ftc.gov

8 RAYMOND E. MCKOWN (Calif. Bar #150975)
   Federal Trade Commission
9 10877 Wilshire Boulevard, Suite 700
   Los Angeles, CA 90024
10 P: 310-824-4343 F: 310-824-4380
   rmckown@ftc.gov
11
   Attorneys for Plaintiff
12 Federal Trade Commission

13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA

15
16 FEDERAL TRADE COMMISSION,              Case No. SACV-09-01324 CJC
                                          (RNBx)
17         Plaintiff,
                                          JOINT REPORT RE
18      v.                                SETTLEMENT
                                          CONFERENCE
19 COMMERCE PLANET, INC., a
   corporation,
20
   and
21
   MICHAEL HILL, CHARLES
22 GUGLIUZZA, and
   AARON GRAVITZ, individually and as
23 officers of COMMERCE PLANET, INC.,

24 Defendants.

25

26      Pursuant to this Court's order of May 3, 2011 (Dkt. #138), counsel for

27 Plaintiff Federal Trade Commission ("FTC") and for Defendant Charles Gugliuzza

28 hereby file their joint report regarding the settlement conference that took place on

                                                                         Page 1

1   May 6, 2011, mediated by the Honorable Jay Gandhi.

2         Having engaged in settlement discussions, the parties believe that further

3   negotiations may be productive.  They have entered into a memorandum of

4   understanding setting out the next steps to be undertaken, including (1) the

5   provision by Defendant Gugliuzza of a financial disclosure document on a form to

6   be provided by counsel for Plaintiff and (2) a communication by counsel for

7   Plaintiff to Magistrate Judge Gandhi of its settlement position based on the

8   financial disclosure provided by Defendant.  A true and correct copy of the

9   memorandum of understanding is attached hereto.

10                                  Respectfully submitted,

11

12  Dated: May 9, 2011                 */s/ David M. Newman*
                                       DAVID M. NEWMAN
13                                     ERIC EDMONDSON
                                       EVAN ROSE
14                                     KERRY O'BRIEN
                                       Federal Trade Commission
15                                     901 Market Street, Suite 570
                                       San Francisco, CA 94103
16
                                       RAYMONF E. MCKOWN
17                                     Federal Trade Commission
                                       10877 Wilshire Boulevard, Suite 700
18                                     Los Angeles, CA 90024

19                                     Attorneys for Plaintiff
                                       Federal Trade Commission
20

21
    Dated: May 9, 2011                 */s/ Wayne R. Gross*
22                                     MICHAEL A. PIAZZA
                                       WAYNE R. GROSS
23                                     ALAN A. GREENBERG
                                       Greenberg Traurig, LLP
24                                     3161 Michelson Drive, Suite 1000
                                       Irvine, CA 92612
25
                                       Attorneys for Defendant
26                                     Charles Gugliuzza

27

28

                                                                  Page 2

<u>Memorandum of Understanding</u>

1.      Within seven (7) calendar days of May 6, 2011, Charles Gugliuzza shall complete
        the standard FTC financial disclosure forms, *but* shall not provide any copies of
        tax returns.

2.      Seven (7) calendar days thereafter, the Federal Trade Commission ("FTC") shall
        study the financial disclosure forms, and the FTC shall contact the chambers of
        Hon. Jay C. Gandhi to discuss whether additional settlement dialogue may, or
        may not, be of consequence.

3.      Gugliuzza and the FTC shall jointly advise the Hon. Cormac J. Carney of this
        Memorandum of Understanding and, subject to his approval, Gugliuzza and the
        FTC shall stand down in this litigation during this process of potential resolution.


_____          _____
Charles Gugliuzza                    Date  5/6/11


_____          _____
Federal Trade Commission             Date  5/6/11
By:
Its: