WILLARD K. TOM
General Counsel

DAVID M. NEWMAN (Calif. Bar #54218)
ERIC D. EDMONDSON (D.C. Bar #450294)
EVAN ROSE (Calif. Bar #253478)
KERRY O'BRIEN (Calif. Bar #149264)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
P:  (415) 848-5100; F: (415) 848-5184
dnewman@ftc.gov; eedmondson@ftc.gov;
erose@ftc.gov; kobrien@ftc.gov

RAYMOND E. MCKOWN (Calif. Bar #150975)
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
P: (310) 824-4343; F: (310) 824-4380
rmckown@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMERCE PLANET, INC., a corporation,<br><br>    and<br><br>MICHAEL HILL, CHARLES GUGLIUZZA, and AARON GRAVITZ, individually and as officers of COMMERCE PLANET, INC.,<br><br>    Defendants. | **Case No. SACV-09-01324 CJC (RNBx)**<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S WITNESS LIST**<br><br>Pre-Trial Conference<br>Date:    January 23, 2012<br>Time:    3:30 p.m.<br>Place:   Santa Ana Courthouse<br>            Courtroom 9B<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

1    Pursuant to the Court's Order Regarding Settlement Procedures, Pre-trial

2  Conference and Trial (Dkt. #38), the FTC hereby submits the following witness

3  list.  Witnesses marked with an asterisk ("*") may be withdrawn in the event that

4  the parties agree to stipulate to facts or documents to be introduced through their

5  testimony.  Witnesses marked with a pound sign ("#") will provide written as well

6  as oral testimony.

7

8

9

10

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| David Suckling | David Suckling is a former OnlineSupplier customer.  Mr. Suckling will testify that on or about November 30, 2006, he responded to an email solicitation from Commerce Planet offering information about how to make money on eBay, and that he accepted Commerce Planet's offer of a free Online Auction Starter Kit by providing his name and credit card information to pay a small shipping and handling fee.  He will further testify that the OnlineSupplier web signup pages did not advertise that the "free" offer included a trial membership in OnlineSupplier that obligated him to affirmatively cancel the membership in order to avoid charges of $49.95 per month, and that his credit card account was charged $49.95 for the OnlineSupplier membership without his consent. | Direct: 45 min.  Cross: 15 min.  Redirect: 10 min.  Recross: 5 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Joan Cirillo | Joan Cirillo is a former OnlineSupplier customer. Ms. Cirillo will testify that on or about November 14, 2006, she accepted Commerce Planet's offer of a free Online Auction Starter Kit without seeing or agreeing to the terms and conditions of the OnlineSupplier negative option. As a result, she did not understand that by accepting the free offer she would be automatically enrolled in a free trial of OnlineSupplier and that Commerce Planet intended to charge her a monthly fee for OnlineSupplier if she failed to cancel the free trial. Ms. Cirillo will further testify that upon learning that she had been charged $249.75 in membership fees for OnlineSupplier, she canceled her membership and requested a refund, that Commerce Planet refused to refund her money, and that the card issuer refused her request to issue a chargeback. | Direct: 30 min.<br><br>Cross: 15 min.<br><br>Redirect: 5 min.<br><br>Recross: 5 min. |
| Tod Bowman | Tod Bowman is a former OnlineSupplier customer. Mr. Bowman will testify that on or about May 29, 2006, he accepted Commerce Planet's offer of a free Online Auction Starter Kit. Shortly after accepting the offer, Mr. Bowman, a petty officer in the United States Navy, was deployed at sea. Only upon returning to shore did Mr. Bowman learn that his credit card had been charged without his consent for membership in OnlineSupplier. Mr. Bowman requested that Commerce Planet refund these charges in full; the company agreed to only a partial refund. | Direct: 45 min.<br><br>Cross: 15 min.<br><br>Redirect: 5 min.<br><br>Recross: 5 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Edward Fitch | Edward Fitch is a former OnlineSupplier customer.  Mr. Fitch will testify that on or about August 2, 2006, he clicked on an internet advertisement offering a free information kit on how to create a home-based business selling merchandise on eBay.  The only charge associated with the offer was $1.95 for shipping and handling.  Shortly after receiving the information kit, which contained nothing of interest, Mr. Fitch discovered that his credit card had been charged $39.95.  He called Commerce Planet and demanded a full refund.  However, Commerce Planet agreed to give him only a partial refund.  Mr. Fitch then called his credit card company and complained that he had been defrauded.  His credit card company agreed to reverse the charges. | Direct: 45 min.<br><br>Cross: 15 min.<br><br>Redirect: 10 min.<br><br>Recross: 5 min. |
| Michael Morisi* | Michael Morisi is a former OnlineSupplier customer whose image and "testimonial" appeared on many OnlineSupplier landing pages.  Mr. Morisi will testify that he signed up for OnlineSupplier on or about April 19, 2005, and canceled his membership on or about August 9, 2005, because he was unable to make any money with OnlineSupplier.  He will further testify that he was suprised to learn that his image and testimonial, which he agreed to provide for use in an OnlineSupplier infomercial starring Bob Eubanks, were used to market OnlineSupplier on the internet. | Direct: 45 min.<br><br>Cross: 20 min.<br><br>Redirect: 10 min.<br><br>Recross: 5 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Richard Copelan | Rick Copelan is president of the Better Business Bureau ("BBB") of the Tri-Counties, which is based in Santa Barbara.  Mr. Copelan will provide testimony concerning the long history of consumer complaints about OnlineSupplier.  He will also provide testimony authenticating complaints the BBB received about Commerce Planet, and will testify that complaints from consumers stating that they did not know they had to affirmatively cancel to avoid charges constituted a larger percentage of Commerce Planet complaints than complaints about other subjects. | Direct: 30 min.<br><br>Cross: 30 min.<br><br>Redirect: 15 min.<br><br>Recross: 10 min. |
| José Guardiola | José Guardiola served as customer service manager for Consumer Loyalty Group ("CLG"), the Commerce Planet subsidiary that owned and managed OnlineSupplier.  Mr. Guardiola will testify (1) that CLG daily received calls from dozens of consumers who denied ever giving the company permission to charge their credit card or debit their bank account for OnlineSupplier membership fees, and (2) that Mr. Guardiola informed Defendant Gugliuzza of the number and nature of the consumer complaints. | Direct: 1 hour<br><br>Cross: 45 min.<br><br>Redirect: 15 min.<br><br>Recross: 10 min. |
| Nicholas Mastrocinque* | Nicolas Mastrocinque is employed in the Federal Trade Commission's Office of Planning and Information.  Mr. Mastrocinque will provide testimony concerning the purpose, design, and operation of the Consumer Sentinel database.  He will also provide testimony regarding the authenticity of consumer complaints from the Consumer Sentinel database that the FTC intends to offer into evidence, including the process an FTC employee would use to search for and obtain complaints on a company. | Direct: 30 min.<br><br>Cross: 10 min.<br><br>Redirect: 5 min.<br><br>Recross: 5 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Bruce Gale# | Bruce Gale is a Federal Trade Commission investigator. Mr. Gale will provide testimony concerning his analysis of the thousands of written consumer complaints from the BBB, the FTC's Consumer Sentinel database, and Commerce Planet's own files that he has reviewed. He will also provide testimony regarding the authenticy of Consumer Sentinel complaints, and the email complaints sent to Commerce Planet that the FTC intends to introduce into evidence. Mr. Gale will also provide an analysis of complaints made to Commerce Planet via telephone. | Direct: 2 hours<br><br>Cross: 2 hours<br><br>Redirect: 30 min.<br><br>Recross: 20 min. |
| Andrew Chen# | Andrew Chen is director of Visa, Inc.'s international risk management team. Mr. Chen will provide testimony concerning Visa's merchant monitoring programs, Commerce Planet's history in those programs, techniques merchants use to evade those monitoring programs, and tools available to merchants to reduce loss from fraud and chargebacks. | Direct: 1½ hours<br><br>Cross: 1½ hours<br><br>Redirect: 30 min.<br><br>Recross: 10 min. |
| Dr. Marci Meingast* | Dr. Meingast is a research scientist at Intel Corporation and a consulting expert to the FTC in this matter. Dr. Meingast will testify concerning (1) display properties of HTML files comprising the OnlineSupplier web signup pages, (2) common computer display resolutions for the period 2005 through 2007, and (3) the steps she took in creating exhibits which demonstrate the user flow for the OnlineSupplier web signup pages. | Direct: 1 hour<br><br>Cross: 1 hour<br><br>Redirect: 30 min.<br><br>Recross: 20 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Jennifer King# | Jennifer King is an expert in human-computer interaction ("HCI") and a Ph.D. student at U.C. Berkeley's School of Information.  She will testify that, based on her expertise and widely accepted HCI research, most consumers completing the OnlineSupplier web signup would be unaware of the OnlineSupplier negative option continuity plan.  Among other deficiencies, the offer for the continuity plan appeared "below the fold," that is, below the viewable area of the screen on a typical consumer's monitor, and widely accepted HCI research establishes that most computer users do not scroll to view material below the fold. | Direct: 1 hour<br><br>Cross: 2 hours<br><br>Redirect: 30 min.<br><br>Recross: 20 min. |
| Jennifer Christianson*# | Jennifer Christianson is a forensic examiner on contract to the Federal Trade Commission.  Ms. Christianson will testify about the steps she took to process the backup computer files produced by Commerce Planet in response to Defendant Gugliuzza's subpoena in order to ensure that the data and documents retrieved from the backup files are exact copies of the data and documents contained in the backup files. | Direct: 45 min.<br><br>Cross: 10 min.<br><br>Redirect: 10 min.<br><br>Recross: 5 min. |
| Michael Hill# | Michael Hill will testify concerning Defendant Gugliuzza's involvement in the management of Commerce Planet, including his participation in and management of the marketing of OnlineSupplier, beginning in or about July 2005 and continuing through the fall of 2007. | Direct: 1½ hours<br><br>Cross: 2 hours<br><br>Redirect: 1 hour<br><br>Recross: 30 min. |
| Ethan Brooks* | Ethan Brooks is a former chief technical officer of Commerce Planet.  Mr. Brooks will testify concerning his authorship of several documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 2 hours<br><br>Redirect: 1 hour<br><br>Recross: 30 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Henry Goodman* | Henry Goodman worked as a computer programer for Commerce Planet. Mr. Goodman will testify concerning his authorship of several documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 45 min.<br><br>Redirect: 20 min.<br><br>Recross: 15 min. |
| Aaron Gravitz# | Aaron Gravitz will testify to Defendant Gugliuzza's involvement in and management of the development of the OnlineSupplier internet marketing materials at issue in this case. Mr. Gravitz will also testify that Commerce Planet management, including Defendant Gugliuzza, knew that changing the layout of the OnlineSupplier web signup pages to include a clearer and more conspicuous disclosure of the terms and conditions of the OnlineSupplier negative option continuity plan hurt sales of OnlineSupplier and, for that reason, OnlineSupplier management, including Defendant Gugliuzza, decided against making material changes to the OnlineSupplier web signup. | Direct: 2 hours<br><br>Cross: 2 hours<br><br>Redirect: 1 hour<br><br>Recross: 30 min. |
| Paul Daniel* | Paul Daniel is a former CFO of Commerce Planet. Mr. Daniel will testify concerning his authorship of several documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 45 min.<br><br>Redirect: 20 min.<br><br>Recross: 20 min. |
| David Foucar*# | David Foucar is a former CFO of Commerce Planet. Mr. Foucar will testify concerning his authorship of several documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 45 min.<br><br>Redirect: 15 min.<br><br>Recross: 15 min. |
| Jaime Rovelo* | Jaime Rovelo is a former CFO of Commerce Planet. Mr. Rovelo will testify concerning his authorship of several documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 45 min.<br><br>Redirect: 15 min.<br><br>Recross: 15 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Charles Gugliuzza | Defendant Gugliuzza will testify concerning his involvement in the management of Commerce Planet, his participation in the marketing of OnlineSupplier, his knowledge of complaints by consumers that their credit cards were charged for membership in OnlineSupplier without their express informed consent, his knowledge that large numbers of OnlineSupplier customers demanded refunds and chargebacks for unauthorized charges on their credit cards, and his knowledge that improvements to the disclosure of terms and conditions on the OnlineSupplier web signup pages resulted in markedly lower sales of OnlineSupplier. | Direct: 5 hours<br><br>Cross: 5 hours<br><br>Redirect: 3 hours<br><br>Recross: 3 hours |
| Michael Novielli | Michael Novielli is a managing partner of Dutchess Capital and former chairman of Commerce Planet's board of directors. Mr. Novielli's deposition testimony on the following issues will be introduced: (1) the terms of Defendant Gugliuzza's consulting agreements with Commerce Planet, and (2) Defendant Gugliuzza's participation in the management of Commerce Planet during the time period July 2005 through August 2006. | Deposition Testimony |
| Barrett Evans* | Barrett Evans is an investor in Commerce Planet and a former member of Commerce Planet's board of directors. Mr. Evans will testify concerning Defendant Gugliuzza's involvement in the management of Commerce Planet during the summer and fall of 2005.  Mr. Evans will also testify concerning his authorship of documents to be offered into evidence by the FTC. | Direct: 45 min.<br><br>Cross: 1 hour<br><br>Redirect: 20 min.<br><br>Recross: 20 min. |
| Jeffrey Conrad* | Jeffrey Conrad will testify concerning his role providing legal review for OnlineSupplier marketing materials, including the OnlineSupplier web signup pages.  Mr. Conrad will also testify concerning his authorship of documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 2 hours<br><br>Redirect: 30 min.<br><br>Recross: 20 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Paul Huff# | Paul Huff will testify concerning (1) his role providing legal review for OnlineSupplier marketing materials, including the OnlineSupplier web signup pages, and (2) Defendant Gugliuzza's role in managing Commerce Planet's legal affairs. | Direct: 1 hour<br><br>Cross: 3 hours<br><br>Redirect: 45 min.<br><br>Recross: 30 min. |
| Cory Capoccia* | Cory Capoccia is a former chargeback representative for Verifi, Inc.  Mr. Capoccia will testify (1) concerning Verifi's recommendations to Commerce Planet to reduce chargebacks, and (2) concerning steps taken and not taken by Commerce Planet to reduce chargebacks. | Direct: 1 hour<br><br>Cross: 45 min.<br><br>Redirect: 30 min.<br><br>Recross: 20 min. |
| Todd Hill* | Todd Hill will provide testimony concerning Commerce Planet management's knowledge that many OnlineSupplier customers were confused about the nature and terms of the OnlineSupplier offering.  He will also testify concerning Defendant Gugliuzza's role in diminishing the value proposition of the OnlineSupplier product.  He will also testify concerning his authorship of documents to be offered into evidence by the FTC. | Direct: 1 hour<br><br>Cross: 1 hour<br><br>Redirect: 30 min.<br><br>Recross: 25 min. |

FTC WITNESS LIST

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Christopher Seidel | Chris Seidel will testify concerning (1) the nature of the OnlineSupplier product and any changes in the product over the relevant time period; (2) the methods that were used to market the OnlineSupplier product before mid-2005 and from mid-2005 until late-2007; (3) the rising number of credit card chargebacks as the marketing of OnlineSupplier transitioned from inbound telemarketing to online sales; (4) steps that were taken and not taken to ameliorate the number of chargebacks and to avoid the issue of excessive chargebacks; (5) Defendant Gugliuzza's authority to control the marketing and other activities of NeWave and Commerce Planet and their operating subsidiaries; (6) Defendant Gugliuzza's participation in the marketing and other activities of NeWave and Commerce Planet and their operating subsidiaries; and (7) Defendant Gugliuzza's knowledge of or reckless disregard for the high likelihood that the marketing activities of NeWave and Commerce Planet and their operating subsidiaries were misleading to consumers | Direct: 3 hours<br><br>Cross: 3 hours<br><br>Redirect: 1 hour<br><br>Recross: 45 min. |
| David Tobias* | David Tobias is a former Commerce Planet manager.  Mr. Tobias will testify concerning his authorship of several documents to be offered into evidence by the FTC. | Direct: 45 min.<br><br>Cross: 45 min.<br><br>Redirect: 30 min.<br><br>Recross: 20 min. |
| Anthony Roth | Tony Roth will testify concerning (1) Defendant Gugliuzza's involvement in the affairs of Commerce Planet from November 2007 through May 2008, and (2) the failure of Commerce Planet to clearly and conspicuously disclose to consumers the terms and conditions of the OnlineSupplier membership program on its web signup pages prior to receiving a Civil Investigative Demand from the FTC in March 2008. | Direct: 1½ hours<br><br>Cross: 1 hour<br><br>Redirect: 30 min.<br><br>Recross: 30 min. |

| Federal Trade Commission's List of Witnesses | | |
|---|---|---|
| **Name** | **Summary of Testimony** | **Estimated Time** |
| Dr. Daniel Becker# | Dr. Becker will present (1) an analysis of data concerning the chargeback ratios for sales generated by various vendor/advertiser types; (2) an analysis comparing the usage by OnlineSupplier members of the Discount Online Warehouse feature of the OnlineSupplier membership program against the number of membership signups; and (3) an analysis showing the net revenue from OnlineSupplier membership fees during the periods July 1, 2005, to August 31, 2006, and September 1, 2006, to November 4, 2007. | Direct: 1½ hours<br><br>Cross: 2½ hours<br><br>Redirect: 1 hour<br><br>Recross: 45 min. |
| Jennifer King | Jennifer King will testify in rebuttal to defense expert witnesses Dr. Kenneth Deal and Kenneth Eisner. | Direct: 1 hour<br><br>Cross: 30 min.<br><br>Redirect: 20 min.<br><br>Recross: 20 min. |
| Molly Petullo | Molly Petullo will testify in rebuttal to defense expert witness Kenneth Eisner on the subject of affiliate fraud. | Direct: 45 min.<br><br>Cross: 1½ hours<br><br>Redirect: 30 min.<br><br>Recross: 30 min. |
| Dr. Terence Shimp | Dr. Shimp will testify in rebuttal to defense expert witnesses Dr. Kenneth Deal and Kenneth Eisner. | Direct: 1 hour<br><br>Cross: 1 hour<br><br>Redirect: 45 min.<br><br>Recross: 30 min. |

1                                          Respectfully submitted,

2     Dated: January 13, 2012              WILLARD K. TOM
                                           General Counsel
3

4                                            /s/ Eric D. Edmondson
                                           DAVID M. NEWMAN
5                                          ERIC D. EDMONDSON
                                           EVAN ROSE
6                                          KERRY O'BRIEN
                                           RAYMOND E. MCKOWN
7
                                           Attorneys for Plaintiff
8                                          Federal Trade Commission

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28